**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) No.4:08CR205SNLJ/MLM |
| | ) |
| **STEPHEN HUTTON,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

After receiving and carefully reviewing the objections to the United States Magistrate Judge's Report and Recommendation (#23), filed October 6, 2008,

**IT IS HEREBY ORDERED** that United States Magistrate Judge Mary Ann L. Medler's Report and Recommendation (#22), filed September 19, 2008, is **SUSTAINED, ADOPTED** and **INCORPORATED** herein. Upon review of the Magistrate Judge's Report and Recommendation, and the evidentiary hearing transcript, as well as relevant caselaw, the Court concurs with the Magistrate Judge's findings and recommendation.

**IT IS FINALLY ORDERED** that defendant's motion to suppress evidence and statements (#15) be and is **DENIED.**

Dated this ___8th___ day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE